Case 4:16-cv-00479   Document 28   Filed in TXSD on 11/08/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAYLA ROBBINS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-479 |
| | § | |
| GLOBAL HAWK INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED EMERGENCY MOTION TO ABATE PENDING THE RESOLUTION OF BILL OF REVIEW

On this day came on to be heard Defendant Global Hawk Insurance Company's ("GHIC") Unopposed Emergency Motion to Abate Pending the Resolution of Bill of Review in connection with Plaintiff Kayla Robbins' ("Robbins" or "Plaintiff") Motion for Summary Judgment (the "Motion") and claims asserted in the above-styled lawsuit. After considering the Motion, response filed by Robbins, if any, the pleadings and other evidence on file, the Court is of the opinion that the Motion is well taken and finds the Motion is GRANTED. It is, therefore,

ORDERED, ADJUDGED, and DECREED that the above-styled case shall be administratively closed until the conclusion of the Bill of Review proceeding currently pending in the case styled as *Dean Frederick Malzahn and Enrique Carreon d/b/a Carreon Trucking v. Kayla Robbins*, in the 127th Judicial District of Harris County, Texas (the "Bill of Review Proceeding"). It is, further,

ORDERED, ADJUDGED, and DECREED that counsel shall promptly advise the Court in writing when the Bill of Review Proceeding has been concluded. It is, further,

ORDERED, ADJUDGED, and DECREED that the November 8, 2016 deadline for

GHIC to file its response to Plaintiff's Motion for Summary judgment is VACATED and a new deadline will be established when this case is re-opened after the conclusion of the Bill of Review Proceeding.

SIGNED on this the __8th__ day of November, 2016.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE