Case 4:16-cv-00479   Document 37   Filed on 04/03/18 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KAYLA ROBBINS, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 4:16-CV-479 |
| § | |
| GLOBAL HAWK INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE CONSIDERED the above-entitled and numbered cause, and came Kayla Robbins ("Robbins" or "Plaintiff") and Global Hawk Insurance Company ("GHIC" or "Defendant"), and represented to the Court that the parties agreed to the entry of this Order. The parties have stipulated to the dismissal of all claims in this action with prejudice (Doc. #35). It is, therefore,

ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted against Defendant by Plaintiff in this suit be, and the same hereby are, dismissed with prejudice. It is, further,

ORDERED, ADJUDGED AND DECREED that with respect to the claims being dismissed, all costs and attorneys' fees shall be paid by the party incurring same. It is, further,

ORDERED, ADJUDGED AND DECREED that all relief not expressly granted herein is denied.

SIGNED this the  3rd   day of   April          , 2018.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

**CRIACO & ASSOCIATES**

By: /s/ Adam P. Criaco (*with permission*)
      Adam P. Criaco
      State Bar No. 05075770
      E-Mail: ACriaco@ciracolaw.com

519 N. Sam Houston Pkwy. E., Suite 500
Houston, Texas 77060
Telephone:   (713) 663-6600
Facsimile:   (713) 663-7923
**ATTORNEY FOR PLAINTIFF**


**KANE RUSSELL COLEMAN LOGAN PC**

By: /s/ Brian M. Stork
      Michael A. Logan
      State Bar No. 12497500
      E-Mail: mlogan@krcl.com
      Brian M. Stork
      State Bar No. 24056386
      E-Mail: bstork@krcl.com

3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201
Telephone:   (214) 777-4200
Facsimile:   (214) 777-4299
**ATTORNEYS FOR DEFENDANTS**